| | | | |
|---|---|---|---|
| State v. Baskerville | 16–1675 | 05/03/2017 | Appeal Dismissed |
| State v. Marshall | 16–1729 | 05/03/2017 | Affirmed |
| P.G., In Interest of | 16–1780 | 05/03/2017 | Affirmed |
| State v. Ruth | 16–1867 | 05/03/2017 | Affirmed |
| J.H., In Interest of | 16–2076 | 05/03/2017 | Affirmed |
| Z.C., In Interest of | 17–0066 | 05/03/2017 | Affirmed |
| J.R., In Interest of | 17–0070 | 05/03/2017 | Affirmed |
| J.S., In Interest of | 17–0081 | 05/03/2017 | Affirmed on both Appeals |
| S.M., In Interest of | 17–0147 | 05/03/2017 | Affirmed |
| J.W., In Interest of | 17–0156 | 05/03/2017 | Affirmed on both Appeals |
| J.R., In Interest of | 17–0201 | 05/03/2017 | Affirmed |
| A.H., In Interest of | 17–0264 | 05/03/2017 | Affirmed |
| D.W., In Interest of | 17–0281 | 05/03/2017 | Affirmed on both Appeals |
| B.P., In Interest of | 17–0286 | 05/03/2017 | Affirmed on both Appeals |
| S.W., In Interest of | 17–0297 | 05/03/2017 | Affirmed on both Appeals |
| A.W., In Interest of | 17–0338 | 05/03/2017 | Affirmed |
| H.L., In Interest of | 17–0357 | 05/03/2017 | Affirmed on both Appeals |
| Z.B., In Interest of | 17–0388 | 05/03/2017 | Affirmed on both Appeals |
| C.H., In Interest of | 17–0437 | 05/03/2017 | Affirmed |
| State v. Hughlette | 15–1932 | 05/17/2017 | Affirmed |
| State v. Gillson | 15–2045 | 05/17/2017 | Reversed and Remanded |
| State v. Brooks | 15–2073 | 05/17/2017 | Affirmed |
| State v. Allen | 16–0095 | 05/17/2017 | Affirmed |
| Meksavanh v. State | 16–0096 | 05/17/2017 | Affirmed |
| Farah v. State | 16–0164 | 05/17/2017 | Affirmed |
| Vetter v. State | 16–0208 | 05/17/2017 | Affirmed in part, Reversed in part, and Remanded |
| State v. Balderas | 16–0261 | 05/17/2017 | Affirmed |
| State v. Draper | 16–0336 | 05/17/2017 | Affirmed |
| State v. Larue | 16–0544 | 05/17/2017 | Affirmed |
| Newman v. State | 16–0676 | 05/17/2017 | Affirmed |
| State v. Thorpe | 16–0753 | 05/17/2017 | Affirmed |
| State v. Williams | 16–0754 | 05/17/2017 | Affirmed |
| Cox v. State | 16–0811 | 05/17/2017 | Affirmed |
| State v. Wade | 16–0867 | 05/17/2017 | Conviction Affirmed, Sentence Vacated in part and Remanded |
| State v. Weehler–Smith | 16–0871 | 05/17/2017 | Affirmed |
| State v. Garrison | 16–0936 | 05/17/2017 | Affirmed |
| Draker–Falcon and Falcon, In re Marriage of | 16–0996 | 05/17/2017 | Affirmed |